IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERIC COWLEY AND GILLIAN COWLEY, | Case No.: 3:13-CV-00019-RRB |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL |
| CABELA'S OUTDOOR ADVENTURES INC., A NEBRASKA CORPORATION AND FRED "SKY" ROBERTS | |
| Defendants. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the parties, by and through their undersigned counsel, and hereby stipulate to dismissal with prejudice of the above entitled action, each party to bear his or her own costs.

KNUTSON & ASSOCIATES
Attorneys for Cabela's Outdoor Adventures, Inc. and Fred Sky Roberts

By: _____  Date: 5/27/14
Tracey L. Knutson
Alaska Bar No. 9106044

---

ERIC COWLEY, Pro Se Plaintiff

By: _____
Eric Cowley

ACKNOWLEDGEMENT
STATE OF WASHINGTON )
                    ) ss.
KING COUNTY         )

Page 1 of 2 Stipulation to Dismiss

THIS IS TO CERTIFY that on this 20 day of May, 2014, personally appeared before me Eric Cowley, to me known to be the individual described in and who executed the above Stipulation to Dismiss acknowledged that he executed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND and official seal the day and year last above written.

[Notary Stamp: Notary Public State of Washington DUANE CURTIS WANGLER MY COMMISSION EXPIRES October 16, 2017]

Notary Public in and for Washington
My Commission Expires: October 16, 2017

GILLIAN COWLEY, Pro Se Plaintiff

By: /s/ Gillian Cowley
Gillian Cowley

ACKNOWLEDGEMENT
STATE OF WASHINGTON )
                    ) ss.
KING COUNTY         )

THIS IS TO CERTIFY that on this 20 day of May, 2014, personally appeared before me Gillian Cowley, to me known to be the individual described in and who executed the above Stipulation to Dismiss acknowledged that she executed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND and official seal the day and year last above written.

[Notary Stamp: Notary Public State of Washington DUANE CURTIS WANGLER MY COMMISSION EXPIRES October 16, 2017]

Notary Public in and for Washington
My Commission Expires: October 16, 2017

KNUTSON & ASSOCIATES
   Attorneys for Fred Sky Roberts and Cabelas

   By: /s/ on record at Knutson & Associates
   Tracey L. Knutson
   Alaska Bar No. 9106044

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above and foregoing was filed electronically via the Court's CM/ECF system on this 20 day of May, 2014 and the CM/ECF system sent electronic notice of same to the following:

Eric Crowley
Gillian Crowley
P.O. Box 1424
North Bend, WA 98045

The undersigned also certifies that a true and accurate copy of the foregoing was sent via regular U. S. mail, postage prepaid, on this 20 day of May, 2014 to the following:

Eric Crowley
Gillian Crowley
P.O. Box 1424
North Bend, WA 98045